# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

MICHAEL DOBKIN, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

NRG RESIDENTIAL SOLAR SOLUTIONS LLC, a Delaware limited liability company,

*Defendant.*

ERICA GENNARINI, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

NRG RESIDENTIAL SOLAR SOLUTIONS LLC, a Delaware limited liability company,

*Defendant.*

**MOTION FOR AN ORDER TO SHOW CAUSE**

Case No.:   1:17-mc-00005_____.

[Underlying Action currently pending—Case No. 3:15-cv-05089-BRM-LHG; Hon. Judge Brian R. Martinotti]

Michael Dobkin and Erica Gennarini (collectively, "Plaintiffs in the Underlying Action" or "Plaintiffs"), by and through their attorneys and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby respectfully move this Honorable Court for an order requiring One Touch Calls, LLC ("One Touch") to show cause for its failure to comply with subpoenas properly issued by Plaintiffs in the Underlying Action which were served within this judicial district. Plaintiffs' motion is based upon this motion, the memorandum of points and authorities, and the accompanying exhibits, along with any oral argument that may be presented to the Court, and any evidence submitted in connection therewith at the hearing on this motion.

WHEREFORE, Plaintiffs in the Underlying Action respectfully request that the Court enter an Order (i) requiring One Touch to show cause as to why it should not be held in contempt of Court, (ii) imposing appropriate sanctions should it fail to do so, and (iii) granting any additional relief the Court deems reasonable and just.

Respectfully submitted,
**MICHAEL DOBKIN and ERICA GENNARINI,**

Dated:  March 16, 2017

By: */s/ Warner F. Young, III*
Warner F. Young III, VSB #24259
ALLRED, BACON, HALFHILL & YOUNG PC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
wyoung@abhylaw.com

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn J. Rapp*
erapp@edelson.com
Stewart R. Pollock*
spollock@edelson.com
EDELSON PC
123 Townsend, Suite 100
San Francisco, CA 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

* Admission *pro hac vice* to be sought

## CERTIFICATE OF SERVICE

I, Warner Young III, an attorney, hereby certify that on March 16, 2017, I caused to be served the above and foregoing **Motion for an Order to Show Cause**, by causing a true and accurate copy of such paper to be filed and transmitted to all individuals listed below via electronic mail and U.S. Mail, on this 16th day of March 2017.

Andrew C. Glass
Gregory N. Blase
Roger Smerage
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Direct: (617) 951-9059
Fax: (617) 261-3175
gregory.blase@klgates.com
andrew.glass@klgates.com
roger.smerage@klgates.com

Patrick J. Perrone
Loly Tor
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07101
Tel: (973) 848-4000
Fax: (973) 848-4001
patrick.perrone@klgates.com
loly.tor@klgates.com

Muhammad Mahmood
ONE TOUCH CALLS, LLC
13511 Pennsboro Drive
Chantilly, VA 20151
solarexecutive82@gmail.com

By: */s/ Warner F. Young, III*
Warner F. Young III

3